

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 23, 2023

```
Application granted.
SO ORDERED.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       March 23, 2023
```

**BY ECF AND EMAIL**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

>   Re:   *United States v. Nashean Folds*,
>         **16 Cr. 505 (NRB)**

Dear Judge Buchwald:

    The parties submit this letter to respectfully request an adjournment of the briefing schedule in advance of the violation of supervised release hearing in this case. As Your Honor is aware, the violation of supervised release hearing is scheduled for April 11, 2023. The Court previously ordered that all briefing from the parties be completed two weeks in advance of the hearing, which would be March 28, 2023. The parties respectfully request that the briefing in advance of the hearing be completed on April 4, 2023.

    The Government currently anticipates that any of its briefing will pertain to the admissibility of credible out-of-court statements made by the victim and other potential witnesses. The Government's efforts to contact potential witnesses and to ascertain their willingness to testify remain ongoing. The Government anticipates that it will be in a better position to provide more information to the Court about the witnesses' willingness to testify and the admissibility of out-of-court statements by March 31, 2023. The parties have been in communication about the hearing and both respectfully request an adjournment of the briefing schedule. In particular, the parties respectfully requests that any briefing from the Government be due on March 31, 2023, and that

any briefing from the defense be due on April 4, 2023.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By: _____
        Jeffrey Coyle / Lara Pomerantz
        Assistant United States Attorneys

cc:    Counsel of Record (by ECF)