```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   16-CR-505-03 (NRB)
    -against-                        :
                                     :   ORDER
                                     :
Nashean Folds                        :
                                     :
            Defendant                :
                                     :
-------------------------------------X
```

Naomi Reice Buchwald, United States District Judge:

It is hereby ORDERED that the supervisee, Nashean Folds, be placed on STAND-ALONE MONITORING, enforced by location monitoring technology at the discretion of the probation officer, until the resolution of the pending violation proceeding, beginning within 7 days of this order.

Dated: New York, New York
       January 8, 2025

SO ORDERED:

_____
NAOMI REICE BUCHWALD
U.S. District Judge