```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

        - against -
                                              O R D E R
NASHEAN FOLDS,
                                        16 Crim. 505-3 (NRB)
                Defendant.

------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on August 14, 2018, this Court sentenced defendant Nashean Folds ("Folds") to 78 months' imprisonment and a term of five years of supervised release, ECF No. 155; and

**WHEREAS** on July 29, 2022, Folds began his term of supervised release; and

**WHEREAS** on November 18, 2024, Probation issued a Violation Report (the "November Violation Report") regarding certain violations by Folds of his conditions of supervised release; and

**WHEREAS** on January 7, 2025, Folds pled guilty to specifications two and four of the November Violation Report; and

**WHEREAS** on January 7, 2025, this Court imposed stand-alone monitoring, enforced by location monitoring technology, until the resolution of the pending violation proceeding, ECF No. 285; and

**WHEREAS** on May 22, 2025, this Court sentenced Folds to continue to serve his pre-existing term of supervised release, which is scheduled to end on July 28, 2027; it is hereby

**ORDERED** that the location monitoring condition imposed in connection with Folds' violation proceeding is removed; and it is hereby

**ORDERED** that Folds continue to serve his pre-existing term of supervised release.

Dated:   New York, New York
         May 27, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE